GEORGE W. SWEPSON, to the use of G. W. CLAYTON, v. A. T. SUMMEY, Adm'r.

Where, upon an appeal to this court, no error is assigned, and there is no error apparent upon the record, the judgment of the court below will be affirmed.

This was a MOTION heard before *Henry, J.,* at Fall Term, 1875, of the Superior Court of BUNCOMBE county.

Notice was issued to the defendant as administrator of W. A. Patton, deceased, to show cause why execution *de bonis propriis* should not be issued against him, judgment absolute having been rendered at Fall Term, 1867, in favor of the plaintiff on specialty filed against A. B. Chunn & Co., the firm being composed of A. B. Chunn, E. Clayton and the intestate of the defendant.

After execution was issued, no plea being filed, G. W. Clayton paid off the judgment and took an assignment of the same to his own use. The notice to show cause was then issued and served. No answer to the rule was filed, and the case was continued from term to term for several years, always for the defendant, he desiring the evidence of G. W. Clayton, who resides in the county, was often there, and who has only been away from the county during the last year. The counsel alleged that a subpoena had been served upon him, but it did not appear in the papers. He did appear once before the Court, at Chambers, but was not examined.

No plea or suggestion of a want of assets was ever made upon the original motion for notice to issue.

It was shown to the court that the defendant had been fixed with assets to the amount of the judgment, and that the sheriff had failed to find any thing in his hands.

When the case was called at Fall Term, 1875, the defendant had G. W. Clayton called, and upon his failure to an-

swer, the defendant moved the court again to continue the case on account of his absence. The motion was refused.

Upon the intimation of the court that the plaintiff was entitled to execution, the defendant's counsel then demanded a jury, and said he had no other witness.

Counsel for the plaintiff stated that he had no objection to calling a jury. Clayton was again called, and upon his failure to answer, the court ordered execution to issue against the plaintiff as prayed for. The defendant appealed.

No counsel in this court, for appellant.
*J. H. Merrimon*, contra.

READE, J. No reason is assigned by the appellant, why execution should not issue against the defendant *de bonis propriis*, as ordered, and we see none in the record.

There is no error. This will be certified.

PER CURIAM.                               Judgment affirmed.